FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRIAN CARRUTHERS,<br><br>    Petitioner,<br><br>    v.<br><br>JOSSIE GASTELO, Warden,<br><br>    Respondent. | Case No. 8:19-cv-02206-PSG-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) denying Petitioner's request for an evidentiary hearing; and (2) denying the Petition and dismissing the action with prejudice.

DATED: 6/17/2020

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE