JS-6

*FILED*
*CLERK, U.S. DISTRICT COURT*
*JUN 17 2020*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY            DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRIAN CARRUTHERS,<br><br>  Petitioner,<br>  v.<br>JOSSIE GASTELO, Warden,<br><br>  Respondent. | Case No. 8:19-cv-02206-PSG-AFM<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of JAMES BRIAN CARRUTHERS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that (1) the Petitioner's request for an evidentiary hearing is denied; and (2) the Petition is denied and the action is dismissed with prejudice.

DATED: 6/17/2020

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE